Argued December 5—decided December 5, 1967

STATE OF CONNECTICUT *v.* STUART B. SMITH ET AL.

The motion by the state to dismiss the appeal by each of the defendants from the Superior Court in New Haven County is granted unless the defendants' briefs are filed on or before January 2, 1968.

*David B. Salzman,* assistant state's attorney, for the appellee (state).

*Charles G. Karanian,* for the appellants (defendants).

Argued December 5—decided December 5, 1967